UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA RANDHAWA, | No. 2:21-cv-0054 KJM DB PS |
| Plaintiff, | |
| v. | ORDER |
| INTEL CORPORATION, | |
| Defendant. | |

Plaintiff Sonia Randhawa commenced this action proceeding pro se. Accordingly, this matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). However, on February 23, 2021, attorney Marta Vanegas appeared on behalf of the plaintiff. (ECF No. 5.)

Because plaintiff is no longer proceeding pro se in this action, Local Rule 302(c)(21) no longer applies and the case will be referred back to the assigned District Judge. Therefore, all pretrial motions, other than discovery motions, should now be noticed for hearing before the District Judge assigned to this action. The assigned magistrate judge shall continue to perform all duties described in Local Rule 302(c)(1)-(20).

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that:

1. This matter is referred back to the District Judge assigned to this action pursuant to Local Rule 302(c)(21);

2. All dates pending before the undersigned are vacated; and

3. Henceforth the caption on documents filed in this action shall be No. 2:21-cv-0054 KJM DB with the "PS" designation being eliminated.

Dated:  February 24, 2021

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.prose\randhawa0054.referback.ord