Scott Philip Jang (State Bar No. 260191)
Hardev S. Chhokar (State Bar No. 311802)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Scott.Jang@jacksonlewis.com
E-mail: Hardev.Chhokar@jacksonlewis.com

Attorneys for Defendant
INTEL CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA RANDHAWA,<br><br>    Plaintiff(s),<br><br>  v.<br><br>INTEL CORPORATION,<br><br>    Defendant(s). | Case No. 2:21-cv-00054-KJM-DB<br><br>**STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER RE: DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>FAC Filed:   03/11/2021<br>Trial Date:   None |

Defendant INTEL CORPORATION ("Defendant") and Plaintiff SONIA RANDHAWA ("Plaintiff") (collectively, the "Parties") stipulate as follows and respectfully request the Court to modify the current scheduling order regarding fact discovery, expert designations, expert reports, expert discovery, and dispositive motions.

1.   WHEREFORE, Defendant filed a Motion to Dismiss on April 2, 2021 pursuant to Federal Rule of Civil Procedure 12(b)(6) regarding Plaintiff's third cause of action for retaliation under Title VII of the Civil Rights Act and Plaintiff's fourth cause of action for retaliation under California's Fair Employment and Housing Act. The Court heard the Motion to Dismiss on May 7, 2021 and took it under submission, but has not yet issued a ruling.

2.  WHEREFORE, the Court's ruling on the Motion to Dismiss may affect the scope of discovery.

3.  WHEREFORE, on May 7, 2021, the Court also held a scheduling conference and set a pre-trial case scheduling order.

4.  WHEREFORE, the current pre-trial case scheduling order sets the following deadlines: (1) fact discovery completed by May 30, 2022, (2) expert disclosures completed by June 14, 2022, (3) rebuttal expert witnesses exchanged by June 28, 2022, (4) all expert discovery completed by July 11, 2022, and (5) dispositive motions heard by October 7, 2022.

5.  WHEREFORE, the Parties have met and conferred and agreed that they would need additional time to conduct necessary discovery and file dispositive motions because Defendant's Motion to Dismiss has not yet been decided.

6.  THEREFORE, the Parties stipulate and respectfully request the Court to modify the current scheduling order as follows:

| Event | Current Date | New Proposed Date |
| --- | --- | --- |
| Fact Discovery Cutoff | 5/30/2022 | 11/30/2022 |
| Expert Disclosure | 6/14/2022 | 12/16/2022 |
| Rebuttal Expert Witnesses Exchange | 6/28/2022 | 12/30/2022 |
| All Expert Discovery Completed | 7/11/2022 | 1/13/2023 |
| Dispositive Motions Heard By | 10/7/2022 | 4/7/2023 |

///

///

///

IT IS SO STIPULATED.

Dated: February 17, 2022                                         JACKSON LEWIS P.C.

By:   /s/ Hardev S. Chhokar
      Scott Philip Jang
      Hardev S. Chhokar
      Attorneys for Defendant
      INTEL CORPORATION

Dated: February 17, 2022                                         MARTIN & VANEGAS, APC

By: /s/ Luke Peters
      Marta R. Vanegas
      Luke Peters
      Attorneys for Plaintiff
      SONIA RANDHAWA

## ORDER

Pursuant to the Parties' stipulation and good cause appearing, the scheduling order (ECF Doc. No. 16) is modified as follows:

| Event | New Date |
| --- | --- |
| Fact Discovery Cutoff | November 30, 2022 |
| Expert Disclosure | December 16, 2022 |
| Rebuttal Expert Witnesses Exchange | December 30, 2022 |
| All Expert Discovery Completed | January 13, 2023 |
| Dispositive Motions Heard By | April 21, 2023 |

**IT IS SO ORDERED.**

DATED: February 25, 2022.

CHIEF UNITED STATES DISTRICT JUDGE