Scott Philip Jang (State Bar No. 260191)
Robert Yang (State Bar No. 312964)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
E-mail: Scott.Jang@jacksonlewis.com
E-mail: Rob.Yang@jacksonlewis.com

Attorneys for Defendant
INTEL CORPORATION

Marta R. Vanegas (State Bar No. 278328)
Brittany C. Toth (State Bar No. 324593)
Iustina G. Mignea (State Bar No. 283836)
VANEGAS LAW GROUP, APC
3100 Oak Road, Suite 230
Walnut Creek, CA 95497
Telephone: (925) 937-5433
Facsimile: (925) 938-5567

Attorneys for Plaintiff
SONIA RANDHAWA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA RANDHAWA, | Case No. 2:21-cv-00054-KJM-DB |
| Plaintiff(s), | **JOINT STIPULATION AND ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |
| v. | |
| INTEL CORPORATION, | |
| Defendant(s). | FAC Filed: 03/11/2021<br>Trial Date: None |

Defendant INTEL CORPORATION ("Defendant") and Plaintiff SONIA RANDHAWA ("Plaintiff") **(**collectively, the "Parties") by and through their respective counsel of record, hereby stipulate and agree as follows:

///

///

1

1. WHEREFORE, on or about February 25, 2022, the Court granted the Parties' Stipulation to Modify Scheduling Order Re: Discovery and Dispositive Motion Deadlines [ECF Doc. No. 20].

2. WHEREFORE, the current scheduling order sets the following deadlines: (1) fact discovery completed by November 30, 2022; (2) expert disclosures completed by December 16, 2022; (3) rebuttal expert witnesses exchanged by December 30, 2022; (4) all expert discovery completed by January 13, 2023; and (5) dispositive motions heard by April 7, 2023.

3. WHEREFORE, the Parties have been actively trying to complete discovery since the Court issued its Order denying Defendant's Motion to Dismiss, on March 31, 2022 [ECF Doc. No. 21], to meet the current discovery deadline of November 30, 2022.

4. WHEREFORE, the Parties have met and conferred and agreed that the Parties need additional time to exchange discovery, including the need to conduct E-Discovery.

5. THEREFORE, the Parties stipulate and respectfully request the Court to extend the current scheduling order as follows:

| Event | Current Date | New Proposed Date |
| --- | --- | --- |
| Fact Discovery Cutoff | 11/30/2022 | 01/30/2023 |
| Expert Disclosure | 12/16/2022 | 02/17/2023 |
| Rebuttal Expert Witness Exchange | 12/30/2022 | 02/28/2023 |
| All Expert Discovery Completed | 01/13/2023 | 03/13/2023 |
| Dispositive Motion Heard By | 04/07/2023 | 06/07/2023 |

///

///

IT IS SO STIPULATED.

Dated:  October 11, 2022                                  JACKSON LEWIS P.C.


                                                By:   /s/ Scott P. Jang
                                                      Scott Philip Jang
                                                      Robert Yang
                                                      Attorneys for Defendant
                                                      INTEL CORPORATION


Dated:  October 11, 2022                                  MARTIN & VANEGAS, APC


                                                By: /s/ Iustina G. Mignea
                                                      Marta R. Vanegas
                                                      Brittany C. Toth
                                                      Iustina G. Mignea
                                                      Attorneys for Plaintiff
                                                      SONIA RANDHAWA

## **ORDER**

Pursuant to the Parties' stipulation and good cause appearing, the scheduling order (ECF Doc. No. 20) is modified as follows:

| Event | New Date |
| --- | --- |
| Fact Discovery Cutoff | January 30, 2023 |
| Expert Disclosure | February 17, 2023 |
| Rebuttal Expert Witnesses Exchange | January 28, 2023 |
| All Expert Discovery Completed | March 13, 2023 |
| Dispositive Motions Heard By | June 2, 2023 |

The court does not have civil motion hearings on June 7, 2023.  Thus, the deadline to hear dispositive motions is set to June 2, 2023.

**IT IS SO ORDERED.**

DATED:  October 25, 2022.

                                                CHIEF UNITED STATES DISTRICT JUDGE