```
Scott Philip Jang (State Bar No. 260191)
Robert Yang (State Bar No. 312964)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111-4615
Telephone: (415) 394-9400
Facsimile:  (415) 394-9401
E-mail: Scott.Jang@jacksonlewis.com
E-mail: Rob.Yang@jacksonlewis.com

Attorneys for Defendant
INTEL CORPORATION

Marta R. Vanegas (State Bar No. 278328)
Brittany C. Toth (State Bar No. 324593)
Iustina G. Mignea (State Bar No. 283836)
VANEGAS LAW GROUP, APC
3100 Oak Road, Suite 230
Walnut Creek, CA 95497
Telephone: (925) 937-5433
Facsimile:  (925) 938-5567

Attorneys for Plaintiff
SONIA RANDHAWA
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA RANDHAWA,<br><br>                Plaintiff(s),<br><br>        v.<br><br>INTEL CORPORATION,<br><br>                Defendant(s). | Case No. 2:21-cv-00054-KJM-DB<br><br>**AMENDED JOINT STIPULATION AND [PROPOSED] AMENDED ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>FAC Filed:   03/11/2021<br>Trial Date:  None |

     Defendant INTEL CORPORATION ("Defendant") and Plaintiff SONIA RANDHAWA ("Plaintiff") **(**collectively, the "Parties") by and through their respective counsel of record, hereby stipulate and agree as follows:

///

///

1. WHEREFORE, on or about February 25, 2022, the Court granted the Parties' Stipulation to Modify Scheduling Order Re: Discovery and Dispositive Motion Deadlines [ECF Doc. No. 20].

2. WHEREFORE, the current scheduling order sets the following deadlines: (1) fact discovery completed by November 30, 2022; (2) expert disclosures completed by December 16, 2022; (3) rebuttal expert witnesses exchanged by December 30, 2022; (4) all expert discovery completed by January 13, 2023; and (5) dispositive motions heard by April 7, 2023.

3. WHEREFORE, the Parties have been actively trying to complete discovery since the Court issued its Order denying Defendant's Motion to Dismiss, on March 31, 2022 [ECF Doc. No. 21], to meet the current discovery deadline of November 30, 2022.

4. WHEREFORE, the Parties have met and conferred and agreed that the Parties need additional time to exchange discovery, including the need to conduct E-Discovery.

5. THEREFORE, the Parties stipulate and respectfully request the Court to extend the current scheduling order as follows:

| Event | Current Date | New Proposed Date |
| --- | --- | --- |
| Fact Discovery Cutoff | 11/30/2022 | 01/30/2023 |
| Expert Disclosure | 12/16/2022 | 02/17/2023 |
| Rebuttal Expert Witness Exchange | 12/30/2022 | 02/28/2023 |
| All Expert Discovery Completed | 01/13/2023 | 03/13/2023 |
| Dispositive Motion Heard By | 04/07/2023 | 06/07/2023 |

///

///

IT IS SO STIPULATED.

Dated: November __, 2022                    JACKSON LEWIS P.C.

By:  /s/ Scott P. Jang
        Scott Philip Jang
        Robert Yang
        Attorneys for Defendant
        INTEL CORPORATION

Dated: November __, 2022                    MARTIN & VANEGAS, APC

By: /s/ Iustina G. Mignea
        Marta R. Vanegas
        Brittany C. Toth
        Iustina G. Mignea
        Attorneys for Plaintiff
        SONIA RANDHAWA

## **AMENDED ORDER**

Pursuant to the Parties' amended stipulation and good cause appearing, the scheduling order (ECF Doc. No. 20) is modified as follows:

| Event | New Date |
|---|---|
| Fact Discovery Cutoff | January 30, 2023 |
| Expert Disclosure | February 17, 2023 |
| Rebuttal Expert Witnesses Exchange | February 28, 2023 |
| All Expert Discovery Completed | March 13, 2023 |
| Dispositive Motions Heard By | June 30, 2023 |

**IT IS SO ORDERED.**

DATED: November 8, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE