1  Scott Philip Jang (State Bar No. 260191)
   Robert Yang (State Bar No. 312964)
2  JACKSON LEWIS P.C.
   50 California Street, 9th Floor
3  San Francisco, California 94111-4615
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   E-mail: Scott.Jang@jacksonlewis.com
5  E-mail: Rob.Yang@jacksonlewis.com

6  Attorneys for Defendant
   INTEL CORPORATION
7
   Marta R. Vanegas (State Bar No. 278328)
8  Brittany C. Toth (State Bar No. 324593)
   VANEGAS LAW GROUP, APC
9  3100 Oak Road, Suite 230
   Walnut Creek, CA 95497
10 Telephone: (925) 937-5433
   Facsimile: (925) 938-5567
11
   Attorneys for Plaintiff
12 SONIA RANDHAWA

13

14                     UNITED STATES DISTRICT COURT

15                     EASTERN DISTRICT OF CALIFORNIA

16

17 | SONIA RANDHAWA,                  | Case No. 2:21-cv-00054-KJM-DB |
|---|---|
18 | Plaintiff(s),                    | **JOINT STIPULATION AND AMENDED ORDER TO EXTEND DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |
19 | v.                               | |
20 | INTEL CORPORATION,               | |
21 | Defendant(s).                    | |
22 |                                  | FAC Filed:   03/11/2021<br>Trial Date:  None |

23

24      Defendant INTEL CORPORATION ("Defendant") and Plaintiff SONIA RANDHAWA

25 ("Plaintiff") (collectively, the "Parties") by and through their respective counsel of record,

26 hereby stipulate and agree as follows:

27 ///

28 ///

                                              1                    Case No. 2:21-cv-0054 KJM DB

1. WHEREFORE, on or about November 8, 2022, the Court granted the Parties' Stipulation to Modify Scheduling Order Re: Discovery and Dispositive Motion Deadlines [ECF Doc. No. 27].

2. WHEREFORE, the current scheduling order sets the following deadlines: (1) fact discovery completed by January 30, 2022; (2) expert disclosures completed by February 17, 2023; (3) rebuttal expert witnesses exchanged by February 28, 2023; (4) all expert discovery completed by March 13, 2023; and (5) dispositive motions heard by June 30, 2023.

3. WHEREFORE, the Parties have been actively trying to complete discovery since the Court issued its Order denying Defendant's Motion to Dismiss, on March 31, 2022 [ECF Doc. No. 21], to meet the current discovery deadline of January 30, 2023;

4. WHEREFORE, the Parties have met and conferred and agreed that the Parties need additional time to exchange discovery, including the need to conduct E-Discovery, which includes additional data custodians identified by Plaintiff.

5. THEREFORE, the Parties stipulate and respectfully request the Court to extend the current scheduling order as follows:

| Event | Current Date | New Proposed Date |
| --- | --- | --- |
| Fact Discovery Cutoff | 01/30/2023 | 04/30/2023 |
| Expert Disclosure | 02/17/2023 | 05/15/2023 |
| Rebuttal Expert Witness Exchange | 02/28/2023 | 05/30/2023 |
| All Expert Discovery Completed | 03/13/2023 | 06/14/2023 |
| Dispositive Motion Heard By | 06/07/2023 | 10/07/2023 |

///

IT IS SO STIPULATED.

Dated:  December 15, 2022                         JACKSON LEWIS P.C.

                                                  By:   /s/ Scott P. Jang
                                                        Scott Philip Jang
                                                        Robert Yang
                                                        Attorneys for Defendant
                                                        INTEL CORPORATION

Dated:  December 15, 2022                         MARTIN & VANEGAS, APC

                                                  By: /s/ Iustina G. Mignea
                                                      Marta R. Vanegas
                                                      Brittany C. Toth
                                                      Iustina G. Mignea
                                                      Attorneys for Plaintiff
                                                      SONIA RANDHAWA

## **AMENDED ORDER**

Pursuant to the Parties' amended stipulation and good cause appearing, the scheduling order (ECF Doc. No. 27) is modified as follows:

| Event | New Date |
|---|---|
| Fact Discovery Cutoff | 04/30/2023 |
| Expert Disclosure | 05/15/2023 |
| Rebuttal Expert Witnesses Exchange | 05/30/2023 |
| All Expert Discovery Completed | 06/14/2023 |
| Dispositive Motions Heard By | 10/13/2023 |

The court does not have hearings on October 7, 2023.  Thus dispositive motions shall be heard by October 13, 2023.

**IT IS SO ORDERED.**

DATED:  December 23, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE